SCWC-18-0000381

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

DAWN NAEOLE,
Petitioner/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000381; 1PC161001997)

ORDER OF CORRECTION
(By:  Wilson, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed on June 22, 2020, is corrected as follows:

On the first line of page 7, replace "brake" with "break".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, June 22, 2020.

/s/ Michael D. Wilson

Associate Justice

